**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** § § § § | |
| Plaintiff, § | CASE NO. 6:13-cv-572 |
| § | |
| vs. § | |
| § | |
| **MOTOROLA MOBILITY LLC, ET AL,** § § | |
| Defendants. § § | |

## ORDER

In consideration of Plaintiff's Notice of Dismissal and because no defendant has filed an answer or other response, the Court hereby **DISMISSES** without prejudice all claims against defendants Motorola Mobility LLC; AT&T Inc.; AT&T Mobility LLC; Verizon Communications, Inc.; Cellco Partnership Inc. d/b/a Verizon Wireless; Sprint Nextel Corporation; Sprint Solutions, Inc.; Sprint Spectrum L.P.; and Boost Mobile, LLC in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

So ORDERED and SIGNED this 28th day of August, 2013.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**